

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00828-CV

**IN THE INTEREST OF J.C., JR.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02851
Honorable H. Paul Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellant's brief was due on January 25, 2018, and on that day, appellant filed a motion requesting an extension of time of twenty days. In her motion, appellant's counsel states she has been unable to adequately research and prepare the brief due to work load and personal obligations.

After consideration, we **GRANT** appellant's motion for extension of time to file a brief and **ORDER** that appellant file her brief **on or before February 14, 2018**. Counsel is reminded that this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Accordingly, any delay in the filing of the brief encroaches upon our time for disposition, and further requests for extensions of time will be disfavored.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court